# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00414-CV

**A. E. and J. L., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 274TH DISTRICT COURT OF COMAL COUNTY,
## NO. C2012-1407C, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on July 7, 2014. To date, the reporter's record has not been filed.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Richard E. Roberts Jr. is hereby ordered to file the reporter's record in this case on or before July 21, 2014. If the record is not filed by that date, Roberts may be required to show cause why he should not be held in contempt of court.

It is ordered on July 11, 2014.

Before Justices Puryear, Pemberton, and Field